**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0004146
19-MAR-2014
08:20 AM**

NO. CAAP-13-0004146

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

LANCE ENDO, Plaintiff-Appellee,
v.
KIMBERLY ESPANIA ENDO, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 12-1-0384)

ORDER APPROVING THE MARCH 12, 2014
STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the stipulation for dismissal of appeal (Stipulation) filed on March 12, 2014 by Defendant-Appellant Kimberly Espania Endo, and the records and files herein, it appears that the appeal has not been docketed, that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai‘i Rules of Appellate Procedure (HRAP), and that HRAP Rule 42(a) is applicable where the appeal has not been docketed. Therefore,

IT IS HEREBY ORDERED that the Stipulation is approved pursuant to HRAP Rule 42(a), and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, March 19, 2014.

Presiding Judge

Associate Judge

Associate Judge

2